**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **CERRISA COUVILLION** | **CASE NO. 6:25-CV-00296** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **GOP TRANSPORT, LLC, ET AL.** | **MAGISTRATE JUDGE DAVID J. AYO** |

**ORDER**

For the reasons set forth in the Report and Recommendation ("R&R") of the Magistrate Judge previously filed herein, and noting the absence of objections,

IT IS HEREBY ORDERED that all claims asserted by Plaintiff Cerrisa Couvillion against Defendant Mariano Gonzalez are DISMISSED with prejudice.

THUS DONE in Chambers on this 19th day of August, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE